# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENN C. FAIRCHILD, <br><br> Defendant. | PO-19-05008-GF-JTJ <br><br> VIOLATIONS: <br> 7353888 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $62.50 fine and $30 processing fee for violation 7353888, and for good cause shown,

IT IS ORDERED that the $92.50 fine paid by the defendant is accepted as a full adjudication of violation 7353888.

IT IS FURTHER ORDERED that the bench trial scheduled for April 4, 2019, is VACATED.

DATED this 26 day of March, 2019.

John T. Johnston
United States Magistrate Judge